United States District Court
Southern District of Texas
**ENTERED**
October 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KATHERINE L. NOLEN, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-04102 |
| § | |
| ANDREW SAUL, COMMISSIONER § | |
| OF THE SOCIAL SECURITY § | |
| ADMINISTRATION, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM
AND RECOMMENDATION AND FINAL JUDGMENT**

On November 4, 2019, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(a)–(b). Dkt. 2. On October 5, 2020, Judge Edison filed a Memorandum and Recommendation (Dkt. 22) recommending that Plaintiff's Motion for Summary Judgment (Dkt. 14) be **GRANTED**, Defendant's Motion for Summary Judgment (Dkt. 17) be **DENIED**, and the decision of the ALJ be **REVERSED** and **REMANDED** for reconsideration.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 22) is **APPROVED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion for Summary Judgment (Dkt. 14) is **GRANTED**;

(3) Defendant's Motion for Summary Judgment (Dkt. 17) is **DENIED**; and

(4) the decision of the ALJ is **REVERSED** and **REMANDED** for reconsideration in accordance with Judge Edison's opinion and applicable law.

It is so **ORDERED**.

**THIS IS A FINAL JUDGMENT.** The Clerk will provide copies of this judgment to the parties.

SIGNED and ENTERED this 20th day of October 2020.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE